# Duane Morris

ANTHONY J. COSTANTINI
DIRECT DIAL: 212.692.1032
PERSONAL FAX: 212.692.1020
E-FAX: 212 202-4715
E-MAIL: ajcostantini@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/15

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

March 30, 2015

**VIA ECF**

Hon. Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Honero Fund I, LLC v. Republic of Argentina*, No. 15 Civ. 1553
      *Trinity Investments Limited v. Republic of Argentina*, No. 15 Civ. 1588

Dear Judge Griesa:

We represent Plaintiffs Honero Fund I, LLC ("Honero") and Trinity Investments Limited ("Trinity," or collectively, "Plaintiffs") in the above-referenced matters. Pursuant to Your Honor's Individual Practices 1.F, we respectfully submit this letter to request a one-day extension of time to file Honero and Trinity's reply in further support of their motions for partial summary judgment. By granting this extension, Your Honor will enable Plaintiffs to submit their reply papers on the same day that the plaintiffs in the 37 other actions are submitting their replies in support of partial summary judgment regarding substantial similar issues, thereby reducing the need to make duplicative arguments in the above-referenced matters.

Pursuant to Your Honor's Individual Practices 1.F, we state as follows:

1.   The original due date for Plaintiffs' reply papers was April 6, 2015. We respectfully request that the new due date be extended to April 7, 2015.

2.   We have not previously requested an extension of time in these matters.

3.   No such previous request has been granted or denied.

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                                    PHONE: 212.692.1000   FAX: 212.692.1020

Approved.
Thomas P. Griesa /USDJ 4/1/15

Hon. Thomas P. Griesa
March 30, 2015
Page 2

DuaneMorris

4. Carmine D. Boccuzzi, Esq., attorney for Defendant Republic of Argentina in both matters, consents to our request.

Respectfully submitted,

Anthony J. Costantini

cc: Carmine D. Boccuzzi, Esq. (attorney for Defendant Republic of Argentina) (by ECF and email)